IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-00467-DDD-STV

JULIE COOPER-ROUNDS,

    Plaintiff,

v.

PRUDENTIAL INSURANCE COMPANY OF AMERICA,

    Defendant.

## ORDER SETTING SCHEDULING CONFERENCE

Entered By Magistrate Judge Scott T. Varholak

    Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b), this case has been referred to this Court to, *inter alia*, convene a scheduling conference under Fed. R. Civ. P. 16(b) and enter a scheduling order meeting the requirements of D.C.COLO.LCivR 16.2.  [#4]

    **IT IS ORDERED**:

    1.    Pursuant to Fed. R. Civ. P. 16(b) and Local Civil Rule 16.1, the Court shall hold a scheduling conference on:

**April 27, 2022 at 10:45 AM**

in Courtroom A-402, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  Please remember that anyone seeking entry into the courthouse will be required to show valid photo identification. *See* D.C.COLO.LCivR 83.2(b).  If this date is not convenient for any party, the parties should either confer and file a motion or jointly call Chambers at 303.335.2365 to reschedule the scheduling conference to a more convenient date.

    2.    At least **21 days** in advance of the scheduling conference, the parties shall meet and confer regarding the issues identified in the template Civil Case Scheduling Order in an ERISA Action, available on the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx.  All parties are jointly responsible for arranging and attending the conferral.

3.  On or before **April 20, 2022**, the parties shall file a joint proposed scheduling order utilizing the template Civil Case Scheduling Order in an ERISA Action, available on the court's website.  Pursuant to D.C.COLO.LCivR 16.1, plaintiff shall be responsible for filing the proposed scheduling order, except in cases removed to this court, in which cases the party who removed the case shall file the proposed scheduling order.  The proposed scheduling order shall be submitted electronically pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.6.1.

DATED:  February 24, 2022                         BY THE COURT:


                                                   s/Scott T. Varholak
                                                  United States Magistrate Judge